2026R00217/JC

RECEIVED

JUL 07 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| v. | : | Magistrate. No. 26-mj-3026 (TJB) |
| | : | |
| ROBERT JAMES TALIERCIO | : | **CRIMINAL COMPLAINT** |

I, Donna Algieri, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Postal Inspector with the United States Postal Inspection Service, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*/s/ Donna Algieri*
Donna Algieri, Postal Inspector
U.S. Postal Inspection Service

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on July 7, 2026,
in the District of New Jersey

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Name and Title of Judicial Office

Signature of Judicial Official

## ATTACHMENT A

### COUNT ONE
(Possession with Intent to Distribute Anabolic Steroids)

On or about September 30, 2025, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

### ROBERT JAMES TALIERCIO,

did knowingly and intentionally possess with intent to distribute a Schedule III controlled substance, to wit: the anabolic-androgenic steroid boldenone undecylenate.

In violation of Title 21, United States, Sections 841(a)(1) and (b)(1)(E).

## COUNT TWO
(Possession with Intent to Distribute Anabolic Steroids)

On or about May 19, 2026, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

## ROBERT JAMES TALIERCIO,

did knowingly and intentionally possess with intent to distribute Schedule III controlled substances, to wit: the anabolic-androgenic steroids testosterone propionate, testosterone phenylpropionate, testosterone isocaproate, and testosterone decanoate.

In violation of Title 21, United States, Sections 841(a)(1) and (b)(1)(E).

## COUNT THREE
(Possession with Intent to Distribute Anabolic Steroids)

On or about July 7, 2026, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

## ROBERT JAMES TALIERCIO,

did knowingly and intentionally possess with intent to distribute Schedule III controlled substances, to wit: the anabolic-androgenic steroids: methyldrostanolone, nandrolone phenylpropionate, testosterone propionate, trenbolone hexahydrobenzylcarbonate, and methandienone.

In violation of Title 21, United States, Sections 841(a)(1) and (b)(1)(E).

## ATTACHMENT B

I, Donna Algieri, am a Postal Inspector with the United States Postal Inspection Service. I am fully familiar with the facts set forth herein based upon my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Because this Affidavit is submitted for the limited purpose of establishing probable cause to believe that the defendant, Robert James Taliercio, committed the above offenses, I have not included each and every fact that I know about this investigation. Where the contents of documents and the actions and statements of others are reported herein, they are reported in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

## INVESTIGATION

1. Beginning in or around September 2025, the United States Postal Inspection Service ("USPIS") commenced an investigation into the unlawful possession and distribution of Schedule III controlled substances, specifically, certain anabolic steroids. As described in more detail below, the investigation revealed that Robert James Taliercio ("TALIERCIO") maintained, possessed, and packaged bulk quantities of anabolic steroids for distribution using the United States Postal Service priority mail service.

2. During the investigation, law enforcement officers conducted physical and mobile surveillance, obtained information by way of legal process, and observed surveillance footage of TALIERCIO. The investigation revealed that at all relevant times:

  a. TALIERCIO leased a storage unit (the "Storage Unit") within a storage facility (the "Storage Facility") in Bordentown, New Jersey.

  b. TALIERCIO resided in an apartment in Hamilton, New Jersey (the "Residence").

  c. TALIERCIO operated a 2015 white Nissan Sentra (the "Vehicle"), which law enforcement routinely observed TALIERCIO driving between the Residence, the Storage Facility, and the Trenton Post Office located at 680 Route 130 in Robbinsville, New Jersey (the "Trenton Post Office").

## LAW ENFORCEMENT SEARCH OF PARCELS

**The September 30, 2025 Parcel**

3.      On September 30, 2025, Postal Inspectors conducting surveillance in and around the Trenton Post Office observed TALIERCIO enter the Trenton Post Office at approximately 2:11 p.m. carrying a large black bag. TALIERCIO brought the bag to the Automated Parcel Center ("APC") kiosk, deposited packages therein for mailing, and then left the post office in the Vehicle.

4.      After TALIERCIO departed, Postal Inspectors entered the Trenton Post Office and located 53 white USPS Priority Mail flat rate padded envelopes inside a postal container behind the APC where TALIERCIO was standing. Each of the 53 parcels listed the same purported sender at a residence in Hamilton, New Jersey, and bore tracking numbers. Postal Inspectors retained a parcel ("Parcel-1") for closer inspection, which listed a delivery address of an individual in the Bronx, New York. Postal Inspectors determined that the listed sender and addressee were not associated with the respective addresses in the U.S. Postal Database/postal verification systems. As a result, the package was presented to a law enforcement drug detection canine, which alerted to the likely presence of a controlled substance within Parcel-1.

5.      On October 14, 2025, law enforcement applied for and obtained a search warrant from a United States Magistrate Judge in the District of New Jersey authorizing law enforcement to search Parcel-1. The search revealed that it contained, among other things, four vials marked "Ultimate-Bold Boldenone Undecylenate 250mg/ml," a Schedule III controlled substance.[1]

6.      Following the search, Postal Inspectors ran the license plate associated with the Vehicle through the New Jersey Motor Vehicle Commission ("NJMVC") database, which revealed that the Vehicle is registered to TALIERCIO at the Residence. Postal Inspectors obtained a photograph of TALIERCIO'S driver's license through the NJMVC database and affirmatively identified TALIERCIO as the individual who attempted to mail Parcel-1 at the Trenton Post Office.

**The May 19, 2026 Parcel and the Storage Unit**

7.      On or about May 19, 2026, Postal Inspectors were conducting surveillance of TALIERCIO. They observed him leave the Residence, enter the Vehicle around 10:39 a.m., and drive to the Storage Facility.

---

[1] Laboratory analysis is pending.

- 2 -

8.      A combination of physical surveillance and surveillance footage obtained from the Storage Facility captured TALIERCIO entering the Storage Facility at 10:54 a.m. A little over an hour later, at 12:10 p.m., Postal Inspectors observed TALIERCIO exit the Storage Facility carrying an off-white bag and pushing a cart containing a large brown cardboard box. TALIERCIO loaded the items into the Vehicle and departed the Storage Facility. Seven minutes later, surveillance video from Trenton Post Office captured the Vehicle pulling into the parking lot. TALIERCIO exited the Vehicle, retrieved the off-white bag and large brown carboard box, and entered the Trenton Post Office. Repeating the same process as before, TALIERCIO dropped the items near the APC kiosk and exited the Trenton Post Office.

9.      Upon TALIERCIO's departure, Postal Inspectors entered the Trenton Post Office to inspect the parcels that TALIERCIO mailed. Postal Inspectors located a large brown cardboard box along with approximately twenty USPS Priority Mail flat rate padded envelopes. Postal Inspectors retained two of the Priority Mail flat rate padded envelopes ("Parcel-2" and "Parcel-3"), pending law enforcement's application for search warrants.

10.     In the interim, Postal Inspectors obtained a copy of the lease agreement between the Storage Facility and TALIERCIO, internal Storage Facility notes related to the Storage Unit, and surveillance video of the interior of the Storage Facility including the camera near the Storage Unit. The lease agreement confirmed that TALIERCIO leased unit number 3074 (*i.e.*, the Storage Unit) and that he was the sole lessee. Therein, TALIERCIO further listed his home address as the Residence. The internal Storage Facility notes indicated that TALIERCIO specifically requested a third-floor storage unit because he wanted quiet surroundings that were out of the way of normal traffic. The internal notes further indicated that TALIERCIO told the Storage Facility employees that he intended to use the Storage Unit often for his side business.

11.     A Storage Facility employee who assisted in the production of the Storage Facility records to law enforcement ("Employee-1") advised that, as part of routine safety inspections, management is permitted to visually inspect, but not enter, any storage unit on the premises to ensure that all items stored in the unit are in accordance with the Storage Facility's policies. Employee-1 further told Postal Inspectors that on or about May 29, 2026, without any prompting from law enforcement officials, Employee-1 looked inside the Storage Unit and found that it contained what appeared to be packaging materials, vials, and labelled packages. At that time, Employee-1, while standing outside of the Storage Unit, took photographs of the interior of the Storage Unit and later provided those photographs to Postal Inspectors. The photographs depict various items that appear to be Schedule III controlled substances, as well as various pill packets and packages that appear to be hand-labelled with the names of known noncontrolled prescription drugs.

- 3 -

12.    On or about June 24, 2026, law enforcement applied for and obtained search warrants from a United States Magistrate Judge in the District of New Jersey authorizing law enforcement to search Parcel-2 and Parcel-3. On or about June 25, 2026, Postal Inspectors executed the search warrants. Parcel-2 contained two vials labeled with the name of the following Schedule III controlled substances: "Testosterone propionate 60mg/ml, Testosterone phenylpropionate 120mg/ml, Testosterone isocaproate 120mg/ml, and Testosterone decanoate 200mg/ml." Parcel-3 contained four 50-pill packs labeled with the name of the noncontrolled prescription drug "Ultima-Cialis, Tadalafil 25mg."[2]

## SEARCH OF THE STORAGE UNIT

13.    On July 6, 2026, law enforcement applied for and obtained search warrants from a United States Magistrate Judge in the District of New Jersey authorizing law enforcement to search the Storage Unit, among other locations.

14.    On July 7, 2026, Postal Inspectors with USPIS, agents with the Drug Enforcement Agency, and others executed the warrant on the Storage Unit. A search of the Storage Unit revealed, among other things, approximately 448 pounds of Schedule III controlled substances, including the following anabolic-androgenic steroids and derivatives: methyldrostanolone, nandrolone phenylpropionate, testosterone propionate, trenbolone hexahydrobenzylcarbonate, and methandienone.[3] The Storage Unit also contained packaging materials and boxes consistent with those observed by law enforcement on September 30, 2025, and May 19, 2026.

---

[2] Laboratory analysis is pending.

[3] Laboratory analysis is pending.

- 4 -